```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA,
                                                    1:14-cv-576-FPG
                    Plaintiff,

against –                                           NOTICE OF APPEAL

DIPIZIO CONSTRUCTION COMPANY, INC.,
BOEHMER TRANSPORTATION CORP.,
GREAT LAKES CONCRETE PRODUCTS, LLC,
BERNARD DIPIZIO, LAURICE BOEHMER,
ROSANNE DIPIZIO, Individually and as Trustee
of BERNARD DIPIZIO FAMILY TRUST Under Trust
Agreement Dated October 12, 2000, DANIEL F.
DIPIZIO, as Trustee of BERNARD DIPIZIO FAMILY
TRUST Under Trust Agreement Dated October 12,
2000, STRADTMAN PARK, LLC and RICHARD P.
BOEHMER as Trustee of L. BOEHMER FAMILY TRUST
Under Agreement Dated December 14, 2012, and
CASTLE & MOSEY, L.P., a Purported Mortgagee
of Certain Real Property,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - x
```

**PLEASE TAKE NOTICE**, that Defendants-Appellants, Dipizio Construction Company, Inc., et al., in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit, from the Decision and Order annexed hereto as "Exhibit 1", issued by the Honorable Frank P. Geraci, Jr., Chief Judge of the Unites States District Court, on April 16, 2017 (the "Order"), and entered in the Office of the Erie County Clerk on April 17, 2018.

**I HEREBY CERTIFY** that I have filed this notice with the Court's cm/ecf system, which will notify all counsel of record.

**DATED:**      May 15, 2018

                    **LAW OFFICES OF DANIEL W. ISAACS, PLLC**

                    By:    /s/ Daniel W. Isaacs
                          Daniel W. Isaacs, Esq.

*Attorneys for Defendants DiPizio Construction Company, Inc., Boehmer Transportation Corp., Great Lakes Concrete Products, LLC, Bernard Dipizio, Laurice Boehmer, Rosanne Dipizio, Individually and as Trustee of Bernard Dipizio Family Trust, Daniel F. Dipizio, as Trustee Of Bernard Dipizio Family Trust, Stradtman Park, LLC and Richard P. Boehmer as Trustee of L. Boehmer Family Trust,*

305 Broadway, Suite 202
New York, New York 10007
Telephone: (212) 925-3000
Email: daniel.isaacs@danwisaacsesq.com